UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE RABIN, *on behalf of himself, and all others similarly situated*,<br><br>        Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>        Defendant. | CASE NO. 3:16-cv-02276-JST<br><br>Hon. Jon S. Tigar<br><br>[PROPOSED] ORDER CHANGING TIME |

   Before the Court is Plaintiff Steve Rabin and Defendant PricewaterhouseCoopers, LLP's Joint Stipulated Request to Change Time.  The Court, having considered the parties' submissions, hereby rules as follows:

   The Joint Motion is GRANTED.  The Court hereby modifies the dates as follows:

- The parties shall submit their 26(f) Report and exchange their 26(a) Disclosures by July 27, 2016; and

- The July 27, 2016 Case Management Conference is continued to August 3, 2016 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: __July 5_____, 2016           _____
                                            HONORABLE JON S. TIGAR
                                            UNITED STATES DISTRICT JUDGE