UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVE RABIN, | |
|---|---|
| Plaintiff, | Case No. 16-cv-02276-JST |
| v. | **SCHEDULING ORDER** |
| PRICEWATERHOUSECOOPERS LLP, | |
| Defendant. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Plaintiff's motion for conditional certification of the ADEA collective class | January 26, 2017 |
| Deadline to add parties or amend the pleadings | June 16, 2017 |
| Plaintiff's motion for Rule 23 certification of state law classes | August 17, 2017 |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

IT IS SO ORDERED.

Dated: August 3, 2016

_____
JON S. TIGAR
United States District Judge