| | |
|---|---|
| Michael P. Esser (SBN 268634)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: michael.esser@kirkland.com<br><br>Emily Nicklin (admitted *pro hac vice*)<br>Gabor Balassa (admitted *pro hac vice*)<br>Christina Breisacher (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2400<br>Facsimile: (312) 862-2200<br>Email: enicklin@kirkland.com<br>Email: gabor.balassa@kirkland.com<br>Email: christina.briesacher@kirkland.com<br><br>Attorneys for Defendant<br>*PRICEWATERHOUSECOOPERS LLP* | Jahan C. Sagafi (Cal. Bar No. 224887)<br>Katrina L. Eiland (Cal. Bar No. 275701)<br>Julia Rabinovich (Cal. Bar No. 290730)<br>OUTTEN & GOLDEN LLP<br>One Embarcadero Center, 38th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810<br>E-mail: jsagafi@outtengolden.com<br>E-mail: keiland@outtengolden.com<br>E-mail: jrabinovich@outtengolden.com<br><br>*[Additional counsel listed on next page]*<br><br>*Attorneys for Plaintiff and Proposed Class and Collective Members* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEVE RABIN, *on behalf of himself, and all others similarly situated*,<br><br>   Plaintiff,<br><br>   v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>   Defendant. | CASE NO. 3:16-cv-02276-JST<br><br>Hon. Jon S. Tigar<br><br>**JOINT STIPULATION & [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT** |

1  Adam T. Klein (admitted *pro hac vice*)
   OUTTEN & GOLDEN LLP
2  3 Park Avenue, 29th Floor
   New York, NY 10016
3  Telephone: (212) 245-1000
   Facsimile: (646) 509-2060
4  Email: atk@outtengolden.com

5  Daniel Kohrman (admitted *pro hac vice*)
   Laurie McCann (admitted *pro hac vice*)
6  Dara Smith (admitted *pro hac vice*)
   AARP FOUNDATION LITIGATION
7  601 E. Street, N.W.
   Washington, D.C. 20049
8  Telephone: (202) 434-2060
   Facsimile: (202) 434-2082
9  E-mail: dkohrman@aarp.org
   E-mail: lmccann@aarp.org
10 E-mail: dsmith@aarp.org

11 Jennifer L. Liu (Cal. Bar No. 279370)
   THE LIU LAW FIRM, P.C.
12 1170 Market Street, Suite 700
   San Francisco, CA 94102
13 Telephone: (415) 896-4260
   Facsimile: (415) 231-0011
14 E-mail: jliu@liulawpc.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO FILE FIRST AMENDED          CASE NO. 3:16-CV-02276-JST
COMPLAINT

1    Plaintiff Steve Rabin ("Plaintiff") and Defendant PricewaterhouseCoopers LLP ("PwC" or "Defendant") hereby stipulate and agree as follows:

WHEREAS, Plaintiff wishes to amend Plaintiff's class and collective action complaint to add John Chapman as a proposed Class Representative asserting age discrimination claims under Michigan state law on behalf of himself and proposed Class of applicants to PwC aged 40 years or older from that state;

WHEREAS, Plaintiff also wishes to amend Plaintiff's complaint to add a claim under California's Unfair Competition Law, California Business & Professions Code §§ 17200, *et seq.*; and,

WHEREAS, these amendments will not substantially change the core nucleus of factual allegations or scope of discovery.

THEREFORE, IT IS HEREBY STIPULATED that Plaintiff may file the First Amended Complaint, attached hereto as Exhibit A.


Dated: September 2, 2016

*/s/ Jahan C. Sagafi*

Jahan C. Sagafi (Cal. Bar No. 224887)
Katrina L. Eiland (Cal. Bar No. 275701)
Julia Rabinovich (Cal. Bar No. 290730)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111-3339
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
Email: jsagafi@outtengolden.com
Email: keiland@outtengolden.com
Email: jrabinovich@outtengolden.com

Adam T. Klein (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
Email: atk@outtengolden.com

Daniel Kohrman (admitted *pro hac vice*)

*/s/ Emily Nicklin*

Emily Nicklin (*pro hac vice*)
Gabor Balassa (*pro hac vice*)
Christina Breisacher (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2400
Facsimile: (312) 862-2200
Email: enicklin@kirkland.com
Email: gabor.balassa@kirkland.com
Email: christina.briesacher@kirkland.com

Michael P. Esser  (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: michael.esser@kirkland.com

*Attorneys for Defendant*

| | | |
|---|---|---|
| 1 | Laurie McCann (admitted *pro hac vice*) | PRICEWATERHOUSECOOPERS LLP |
| 2 | Dara Smith (admitted *pro hac vice*)<br>AARP FOUNDATION LITIGATION | |
| 3 | 601 E. Street, N.W.<br>Washington, D.C. 20049 | |
| 4 | Telephone: (202) 434-2060<br>Facsimile: (202) 434-2082 | |
| 5 | E-mail: dkohrman@aarp.org<br>E-mail: lmccann@aarp.org | |
| 6 | E-mail: dsmith@aarp.org | |

Jennifer L. Liu (Cal. Bar No. 279370)
THE LIU LAW FIRM, P.C.
1170 Market Street, Suite 700
San Francisco, CA 94102
Telephone: (415) 896-4260
Facsimile: (415) 231-0011
E-mail: jliu@liulawpc.com

*Attorneys for Plaintiff and Proposed Class and Collective Members*

**ORDER**

It is so ORDERED.

Dated: September _7, 2016            By: _____
                                    The Honorable Jon S. Tigar
                                    UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Jahan C. Sagafi, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: September 2, 2016            By: */s/ Jahan C. Sagafi*
                                        Jahan C. Sagafi