| | |
|---|---|
| Jahan C. Sagafi (Cal. Bar No. 224887)<br>Katrina L. Eiland (Cal. Bar No. 275701)<br>Julia Rabinovich (Cal. Bar No. 290730)<br>OUTTEN & GOLDEN LLP<br>One Embarcadero Center, 38th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810<br>E-mail: jsagafi@outtengolden.com<br>E-mail: keiland@outtengolden.com<br>E-mail: jrabinovich@outtengolden.com<br><br>Adam T. Klein (admitted *pro hac vice*)<br>OUTTEN & GOLDEN LLP<br>685 Third Avenue, 25th Floor<br>New York, New York 10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060<br>Email: atk@outtengolden.com<br><br>[Additional counsel listed on next page]<br><br>*Attorneys for Plaintiffs and Proposed Class and Collective Members* | Michael P. Esser (SBN 268634)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: michael.esser@kirkland.com<br><br>Emily Nicklin (admitted *pro hac vice*)<br>Gabor Balassa (admitted *pro hac vice*)<br>Christina Briesacher (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2400<br>Facsimile: (312) 862-2200<br>Email: enicklin@kirkland.com<br>Email: gabor.balassa@kirkland.com<br>Email: christina.briesacher@kirkland.com<br><br>*Attorneys for Defendant*<br>*PRICEWATERHOUSECOOPERS LLP* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEVE RABIN and JOHN CHAPMAN, *on behalf of themselves, and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>Defendant. | Case No. 3:16-cv-02276-JST<br><br>Hon. Jon S. Tigar<br><br>**JOINT STIPULATION & [PROPOSED] ORDER TO AMEND THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS AND VACATE THE DEADLINE ON PLAINTIFFS' CONDITIONAL CERTIFICATION MOTION** |

Daniel Kohrman (admitted *pro hac vice*)
Laurie McCann (admitted *pro hac vice*)
Dara Smith (admitted *pro hac vice*)
AARP FOUNDATION LITIGATION
601 E. Street, N.W.
Washington, D.C. 20049
Telephone: (202) 434-2060
Facsimile: (202) 434-2082
E-mail: dkohrman@aarp.org
E-mail: lmccann@aarp.org
E-mail: dsmith@aarp.org

Jennifer L. Liu (Cal. Bar No. 279370)
THE LIU LAW FIRM, P.C.
1170 Market Street, Suite 700
San Francisco, CA 94102
Telephone: (415) 896-4260
Facsimile: (415) 231-0011
E-mail: jliu@liulawpc.com

Pursuant to Civil Local Rule 6-1(b), Plaintiffs Steven Rabin and John Chapman and Defendant PricewaterhouseCoopers LLP ("PwC") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, Defendant filed its Motion for Judgment on the Pleadings, ECF No. 55, on December 1, 2016 ("Pleadings Motion");

WHEREAS, under the District's normal scheduling rules, Plaintiffs' deadline to respond is currently set for December 15, 2016, and the hearing date is January 5, 2017;

WHEREAS, per the most recent telephonic Case Management Conference ("CMC"), the Parties intend to file their joint discovery letter by the December 16, 2016 deadline ("Discovery Letter");

WHEREAS, in light of the ongoing briefing on the discovery dispute and the potential relevance of the Pleadings Motion to both the discovery dispute and the collective action certification question, the Parties request that the Court reset the Pleading Motion schedule and vacate the deadline for Plaintiffs' conditional collective action certification motion (currently January 26, 2017), pending resolution of these matters; and

WHEREAS, in light of the potential relevance of the Pleadings Motion to the Discovery Letter, the Parties request that the Court consider resolution of the two matters together.

THEREFORE, the Parties, through their respective counsel, hereby stipulate to the following:

1. Plaintiffs' response to Pleadings Motion shall be due January 13, 2017.
2. PwC's reply in support of its Pleadings Motion shall be due January 26, 2017.
3. The hearing on the Pleadings Motion shall be set for February 9, 2017 or as soon thereafter as the Court may hear the Parties.
4. The deadline for Plaintiffs' conditional collective action certification motion shall be VACATED. The deadline shall be reset by the Court.

Dated: December 7, 2016

| | |
|---|---|
| /s/ Jahan C. Sagafi | /s/ Emily Nicklin |
| | Emily Nicklin (*pro hac vice*) |
| Jahan C. Sagafi (Cal. Bar No. 224887) | Gabor Balassa (*pro hac vice*) |
| Katrina L. Eiland (Cal. Bar No. 275701) | Christina Briesacher (*pro hac vice*) |
| Julia Rabinovich (Cal. Bar No. 290730) | KIRKLAND & ELLIS LLP |
| OUTTEN & GOLDEN LLP | 300 N. LaSalle |
| One Embarcadero Center, 38th Floor | Chicago, IL 60654 |
| San Francisco, CA 94111-3339 | Telephone: (312) 862-2400 |
| Telephone: (415) 638-8800 | Facsimile: (312) 862-2200 |
| Facsimile: (415) 638-8810 | Email: enicklin@kirkland.com |
| Email: jsagafi@outtengolden.com | Email: gabor.balassa@kirkland.com |
| Email: keiland@outtengolden.com | Email: christina.briesacher@kirkland.com |
| Email: jrabinovich@outtengolden.com | |
| Adam T. Klein (admitted *pro hac vice*) | Michael P. Esser  (SBN 268634) |
| OUTTEN & GOLDEN LLP | KIRKLAND & ELLIS LLP |
| 685 Third Avenue, 25th Floor | 555 California Street |
| New York, New York 10017 | San Francisco, CA  94104 |
| Telephone: (212) 245-1000 | Telephone: (415) 439-1400 |
| Facsimile: (646) 509-2060 | Facsimile: (415) 439-1500 |
| Email: atk@outtengolden.com | Email: michael.esser@kirkland.com |
| | |
| Daniel Kohrman (admitted *pro hac vice*) | *Attorneys for Defendant* |
| Laurie McCann (admitted *pro hac vice*) | *PRICEWATERHOUSECOOPERS LLP* |
| Dara Smith (admitted *pro hac vice*) | |
| AARP FOUNDATION LITIGATION | |
| 601 E. Street, N.W. | |
| Washington, D.C. 20049 | |
| Telephone: (202) 434-2060 | |
| Facsimile: (202) 434-2082 | |
| E-mail: dkohrman@aarp.org | |
| E-mail: lmccann@aarp.org | |
| E-mail: dsmith@aarp.org | |

Jennifer L. Liu (Cal. Bar No. 279370)
THE LIU LAW FIRM, P.C.
1170 Market Street, Suite 700
San Francisco, CA 94102
Telephone: (415) 896-4260
Facsimile: (415) 231-0011
E-mail: jliu@liulawpc.com

*Attorneys for Plaintiffs and Proposed Class and Collective Members*

**ORDER**

Pursuant to the Stipulation, it is so ORDERED.

Dated:   December 7, 2016         By: _____
                                  The Honorable Jon S. Tigar
                                  UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Jahan C. Sagafi, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: December 7, 2016                              By: */s/ Jahan C. Sagafi*
                                                                    Jahan C. Sagafi

4