Jahan C. Sagafi (Cal. Bar No. 224887)
Katrina L. Eiland (Cal. Bar No. 275701)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: keiland@outtengolden.com

Adam T. Klein (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: atk@outtengolden.com

Daniel Kohrman (admitted *pro hac vice*)
Laurie McCann (admitted *pro hac vice*)
Dara Smith (admitted *pro hac vice*)
AARP FOUNDATION LITIGATION
601 E. Street, N.W.
Washington, D.C. 20049
Telephone: (202) 434-2060
Facsimile: (202) 434-2082
E-mail: dkohrman@aarp.org
E-mail: lmccann@aarp.org
E-mail: dsmith@aarp.org

Jennifer L. Liu (Cal. Bar No. 279370)
THE LIU LAW FIRM, P.C.
1170 Market Street, Suite 700
San Francisco, CA 94102
Telephone: (415) 896-4260
Facsimile: (415) 231-0011
E-mail: jliu@liulawpc.com

*Attorneys for Plaintiffs and Proposed Class and Collective Members*

Michael P. Esser (Cal. Bar No. 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
E-mail: michael.esser@kirkland.com

Emily Nicklin (admitted *pro hac vice*)
Gabor Balassa (admitted *pro hac vice*)
Christina Briesacher (admitted *pro hac vice*)
Mark Premo-Hopkins (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
E-mail: emily.nicklin@kirkland.com
E-mail: gabor.balassa@kirkland.com
E-mail: christina.briesacher@kirkland.com
E-Mail: mark.premohopkins@kirkland.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE RABIN and JOHN CHAPMAN, on behalf of themselves, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PRICEWATERHOUSECOOPERS LLP, <br><br> Defendant. | Case No. 16-cv-02276-JST <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER RE PROCESS FOR PRODUCTION OF ELECTRONICALLY STORED INFORMATION (ESI)** <br><br> Hon. Judge Jon S. Tigar |

1    WHEREAS, on February 16, 2017, the Court instructed Plaintiffs and PricewaterhouseCoopers LLP ("PwC"), to meet and confer regarding electronically stored information ("ESI") and file this stipulation;

WHEREAS, today, the Court entered a Minute Order, ECF No. 72, instructing the Parties to submit, today, "a joint stipulation or competing proposals establishing a date for the submission of a discovery letter brief addressing ESI";

WHEREAS, the Parties have met and conferred by telephone today and reached agreement on a process for ESI discovery and a deadline for submission of any disagreement regarding ESI discovery;

THEREFORE, IT IS HEREBY STIPULATED that:

- <u>Wednesday, March 1, 2017</u>:  Plaintiffs will provide to PwC their opening proposal regarding custodians, sources of ESI, and potential search terms, noting which search terms are related to which document requests.  Plaintiffs intend to include some questions regarding who the most appropriate custodians should be for certain topics; PwC reserves all rights with respect to the propriety of such questions.  The parties may use traditional search terms or another method, such as technology-assisted review ("TAR"), depending on their negotiations in the next step.

- <u>March and April 2017</u>:  The parties will negotiate regarding custodians, sources, search process (e.g., traditional search terms, TAR, etc.).

- <u>Friday, April 28, 2017</u>:  The parties will file a notice stating either (a) their agreement as to these issues or (b) their need to file a joint letter brief regarding areas of disagreement by May 9, 2017

- <u>Later</u>:  PwC will collect, process, and produce the ESI on a rolling basis.

Respectfully submitted,

Dated:  February 17, 2017

By:   */s/ Jahan C. Sagafi*
           Jahan C. Sagafi

Jahan C. Sagafi (Cal. Bar No. 224887)
Katrina L. Eiland (Cal. Bar No. 275701)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: keiland@outtengolden.com

Adam T. Klein (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: atk@outtengolden.com

Daniel Kohrman (admitted *pro hac vice*)
Laurie McCann (admitted *pro hac vice*)
Dara Smith (admitted *pro hac vice*)
AARP FOUNDATION LITIGATION
601 E. Street, N.W.
Washington, D.C. 20049
Telephone: (202) 434-2060
Facsimile: (202) 434-2082
E-mail: dkohrman@aarp.org
E-mail: lmccann@aarp.org
E-mail: dsmith@aarp.org

Jennifer L. Liu (Cal. Bar No. 279370)
THE LIU LAW FIRM, P.C.
1170 Market Street, Suite 700
San Francisco, CA 94102
Telephone: (415) 896-4260
Facsimile: (415) 231-0011
E-mail: jliu@liulawpc.com

*Counsel for Plaintiffs and Proposed Class and Collective Members*

| | |
|---|---|
| Dated: February 17, 2017 | By: /s/ *Emily Nicklin*<br>      Emily Nicklin |

Emily Nicklin (*pro hac vice*)
Gabor Balassa (*pro hac vice*)
Christina Briesacher (*pro hac vice*)
Mark Premo-Hopkins (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
E-mail: christina.briesacher@kirkland.com
E-mail: gabor.balassa@kirkland.com
E-Mail: christina.briesacher@kirkland.com
E-Mail: mark.premohopkins@kirkland.com

Michael P. Esser (Cal. Bar No. 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
E-mail: michael.esser@kirkland.com

*Attorneys for Defendant*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Date: February 21, 2017

_____
Honorable Jon S. Tigar
United States District Judge