Jahan C. Sagafi (Cal. Bar No. 224887)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com

Adam T. Klein (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: atk@outtengolden.com

Daniel Kohrman (admitted *pro hac vice*)
Laurie McCann (admitted *pro hac vice*)
Dara Smith (admitted *pro hac vice*)
AARP FOUNDATION LITIGATION
601 E. Street, N.W.
Washington, D.C. 20049
Telephone: (202) 434-2060
Facsimile: (202) 434-2082
E-mail: dkohrman@aarp.org
E-mail: lmccann@aarp.org
E-mail: dsmith@aarp.org

Jennifer L. Liu (Cal. Bar No. 279370)
THE LIU LAW FIRM, P.C.
1170 Market Street, Suite 700
San Francisco, CA 94102
Telephone: (415) 896-4260
Facsimile: (415) 231-0011
E-mail: jliu@liulawpc.com

*Attorneys for Plaintiffs and Proposed Class and Collective Members*

Michael P. Esser (Cal. Bar No. 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
E-mail: michael.esser@kirkland.com

Emily Nicklin (admitted *pro hac vice*)
Gabor Balassa (admitted *pro hac vice*)
Christina Briesacher (admitted *pro hac vice*)
Mark Premo-Hopkins (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
E-mail: emily.nicklin@kirkland.com
E-mail: gabor.balassa@kirkland.com
E-mail: christina.briesacher@kirkland.com
E-Mail: mark.premohopkins@kirkland.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE RABIN and JOHN CHAPMAN, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>Defendant. | Case No. 16-cv-02276-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE JOINT LETTER BRIEF ON DATA DISCOVERY**<br><br>Hon. Judge Jon S. Tigar |

1    Plaintiffs Steve Rabin and John Chapman ("Plaintiffs") and Defendant
2 PricewaterhouseCoopers LLP ("PwC") (collectively, "the Parties") hereby stipulate and agree as
3 follows:
4    WHEREAS, on February 16, 2017, Plaintiffs and PricewaterhouseCoopers LLP
5 participated in a telephonic hearing with the Court regarding ongoing discovery disputes;
6    WHEREAS, the Court's Minute Order, ECF No. 72, instructed the Parties, among other
7 things, to submit a joint letter brief by March 3, 2017 concerning the Parties' dispute regarding
8 Plaintiffs' request for production of data from PwC;
9    WHEREAS, because one argument asserted by PwC relates to the burden entailed in
10 production of these data, the Parties believe that the briefing will be more useful to the Court after
11 Plaintiffs have taken a deposition of PwC's corporate designee regarding certain topics related to
12 the SourceOne database system, which houses information regarding applicants, including the
13 issue of burden of responding to Plaintiffs' request for data fields;
14    WHEREAS, the Parties have scheduled the deposition for March 15;
15    WHEREAS, Plaintiffs have agreed not to seek leave, prior to the deposition, to extend the
16 deposition beyond seven hours;
17    WHEREAS, the Parties will exchange draft text of the joint letter brief after that
18 deposition, under the following schedule:
19       Wednesday, March 22:  Plaintiffs provide draft text to PwC
20       Wednesday, March 29:  PwC provides draft text to Plaintiffs
21       Wednesday, April 5:  The Parties file their joint letter with the Court
22    WHEREAS, because of the complexity of the issues involved, the Parties request that the
23 page limit be extended to a total of ten pages, with each side allowed at most five pages.
24    THEREFORE, IT IS HEREBY STIPULATED that:
25  • the Parties will submit a joint letter brief regarding Plaintiffs' request for data
26    discovery by April 5, 2017; and
   • the page limit is extended to ten pages, with at most five pages allocated per party.

Respectfully submitted,

Dated: March 2, 2017

By:  */s/ Jahan C. Sagafi*
       Jahan C. Sagafi

Jahan C. Sagafi (Cal. Bar No. 224887)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com

Adam T. Klein (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: atk@outtengolden.com

Daniel Kohrman (admitted *pro hac vice*)
Laurie McCann (admitted *pro hac vice*)
Dara Smith (admitted *pro hac vice*)
AARP FOUNDATION LITIGATION
601 E. Street, N.W.
Washington, D.C. 20049
Telephone: (202) 434-2060
Facsimile: (202) 434-2082
E-mail: dkohrman@aarp.org
E-mail: lmccann@aarp.org
E-mail: dsmith@aarp.org

Jennifer L. Liu (Cal. Bar No. 279370)
THE LIU LAW FIRM, P.C.
1170 Market Street, Suite 700
San Francisco, CA 94102
Telephone: (415) 896-4260
Facsimile: (415) 231-0011
E-mail: jliu@liulawpc.com

*Counsel for Plaintiffs and Proposed Class and Collective Members*

| | |
|---|---|
| Dated: March 2, 2017 | By:  */s/ Gabor Balassa*<br>         Gabor Balassa |

Emily Nicklin (*pro hac vice*)
Gabor Balassa (*pro hac vice*)
Christina Briesacher (*pro hac vice*)
Mark Premo-Hopkins (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
E-mail: christina.briesacher@kirkland.com
E-mail: gabor.balassa@kirkland.com
E-Mail: christina.briesacher@kirkland.com
E-Mail: mark.premohopkins@kirkland.com

Michael P. Esser (Cal. Bar No. 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
E-mail: michael.esser@kirkland.com

*Attorneys for Defendant*

1  **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

4  Date: _____March 7, 2017_____          _____
                                             Honorable Jon S. Tigar
                                             United States District Judge

**ATTESTATION OF SIGNATURE**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

Dated: March 2, 2017                    OUTTEN & GOLDEN LLP
                                         By: */s/ Jahan C. Sagafi*
                                             Jahan C. Sagafi

                                         *Attorneys for Plaintiffs*