| | |
|---|---|
| Michael P. Esser (SBN 268634)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA  94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: michael.esser@kirkland.com<br><br>Emily Nicklin (admitted *pro hac vice*)<br>Gabor Balassa (admitted *pro hac vice*)<br>Christina Breisacher (admitted *pro hac vice*)<br>Mark Premo-Hopkins (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: enicklin@kirkland.com<br>Email: gabor.balassa@kirkland.com<br>Email: christina.briesacher@kirkland.com<br>Email: mark.premohopkins@kirkland.com<br><br>Attorneys for Defendant<br>*PRICEWATERHOUSECOOPERS LLP* | Jahan C. Sagafi (Cal. Bar No. 224887)<br>OUTTEN & GOLDEN LLP<br>One Embarcadero Center, 38th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810<br>E-mail: jsagafi@outtengolden.com<br><br>*[Additional counsel listed on next page]*<br><br>*Attorneys for Plaintiff and Proposed Class and Collective Members* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE RABIN, *on behalf of himself, and all others similarly situated*,<br><br>            Plaintiff,<br><br>      v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>            Defendant. | Case No. 3:16-cv-02276-JST<br><br>Hon. Jon S. Tigar<br><br>**JOINT STIPULATION & [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** |

JOINT STIPULATION & [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL

Case No. 3:16-cv-02276-JST

Adam T. Klein (admitted *pro hac vice*)
Daniel Stromberg (admitted *pro hac vice*)
Melissa L. Stewart (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
Email: atk@outtengolden.com
Email: dstromberg@outtengolden.com
Email: mstewart@outtengolden.com

Daniel Kohrman (admitted *pro hac vice*)
Laurie McCann (admitted *pro hac vice*)
Dara Smith (admitted *pro hac vice*)
AARP FOUNDATION LITIGATION
601 E. Street, N.W.
Washington, D.C. 20049
Telephone: (202) 434-2060
Facsimile: (202) 434-2082
E-mail: dkohrman@aarp.org
E-mail: lmccann@aarp.org
E-mail: dsmith@aarp.org

Jennifer L. Liu (Cal. Bar No. 279370)
THE LIU LAW FIRM, P.C.
1390 Market Street, Suite 200
San Francisco, CA 94102
Telephone: (415) 896-4260
Facsimile: (415) 231-0011
E-mail: jliu@liulawpc.com

JOINT STIPULATION & [PROPOSED] ORDER
TO EXTEND TIME TO FILE DECLARATION IN
SUPPORT OF PLAINTIFFS' ADMINISTRATIVE
MOTION FOR LEAVE TO FILE UNDER SEAL

CASE NO. 3:16-CV-02276-JST

Pursuant to Civil Local Rule 6-1(a), Plaintiffs and Defendant PricewaterhouseCoopers ("PwC") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiffs filed its Administrative Motion for Leave to File Under Seal Materials Related to Plaintiffs' Opposition to Defendant PwC's Motion for Certification Under 28 U.S.C. § 1292(b), ECF No. 91, on March 22, 2017;

WHEREAS, under the the District's normal scheduling rules, PwC is required to submit a declaration in support of Plaintiffs' Administrative Motion for Leave to File Under Seal Materials Related to Plaintiffs' Opposition to Defendant PwC's Motion for Certification Under 28 U.S.C. § 1292(b) within four days of that motion's filing;

WHEREAS, in light of ongoing briefing on discovery matters and PwC's Motion for Certification Under 28 U.S.C. § 1292(b), the Parties have conferred and agreed to establish a new schedule for submission of the declaration;

WHEREAS, the resulting proposed schedule will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, PwC's deadline to submit a Declaration in Support of Plaintiffs' Administrative Motion for Leave to File Under Seal Materials Related to Plaintiffs' Opposition to Defendant PwC's Motion for Certification Under 28 U.S.C. § 1292(b) is Monday, April 3, 2017.

Dated: March 28, 2017

| */s/ Jahan C. Sagafi* | */s/ Emily Nicklin* |
|---|---|
| Jahan C. Sagafi (Cal. Bar No. 224887)<br>OUTTEN & GOLDEN LLP<br>One Embarcadero Center, 38th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810<br>Email: jsagafi@outtengolden.com | Emily Nicklin (*pro hac vice*)<br>Gabor Balassa (*pro hac vice*)<br>Christina Breisacher (*pro hac vice*)<br>Mark Premo-Hopkins (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: enicklin@kirkland.com<br>Email: gabor.balassa@kirkland.com |

JOINT STIPULATION & [PROPOSED] ORDER TO EXTEND TIME TO FILE DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL     1     CASE NO. 3:16-CV-02276-JST

Email: christina.briesacher@kirkland.com
Email: mark.premohopkins@kirkland.com

Adam T. Klein (admitted *pro hac vice*)
Daniel Stromberg (admitted *pro hac vice*)
Melissa L. Stewart (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
Email: atk@outtengolden.com
Email: dstromberg@outtengolden.com
Email: mstewart@outtengolden.com

Daniel Kohrman (admitted *pro hac vice*)
Laurie McCann (admitted *pro hac vice*)
Dara Smith (admitted *pro hac vice*)
AARP FOUNDATION LITIGATION
601 E. Street, N.W.
Washington, D.C. 20049
Telephone: (202) 434-2060
Facsimile: (202) 434-2082
E-mail: dkohrman@aarp.org
E-mail: lmccann@aarp.org
E-mail: dsmith@aarp.org

Jennifer L. Liu (Cal. Bar No. 279370)
THE LIU LAW FIRM, P.C.
1390 Market Street, Suite 200
San Francisco, CA 94102
Telephone: (415) 896-4260
Facsimile: (415) 231-0011
E-mail: jliu@liulawpc.com

*Attorneys for Plaintiff and Proposed Class and Collective Members*

Michael P. Esser  (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: michael.esser@kirkland.com

*Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP*

JOINT STIPULATION & [PROPOSED] ORDER TO EXTEND TIME TO FILE DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL

2

CASE NO. 3:16-CV-02276-JST

## **ORDER**

Pursuant to the Stipulation, it is so ORDERED.

Dated: March 29, 2017

By: _/s/ Jon S. Tigar_
The Honorable Jon S. Tigar
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION & [PROPOSED] ORDER
TO EXTEND TIME TO FILE DECLARATION IN
SUPPORT OF PLAINTIFFS' ADMINISTRATIVE
MOTION FOR LEAVE TO FILE UNDER SEAL

3

CASE NO. 3:16-CV-02276-JST

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Mark Premo-Hopkins, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: March 28, 2017                    By: */s/ Mark Premo-Hopkins*
                                                              Mark Premo-Hopkins