| | |
|---|---|
| Michael P. Esser (SBN 268634)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: michael.esser@kirkland.com<br><br>Emily Nicklin (admitted *pro hac vice*)<br>Gabor Balassa (admitted *pro hac vice*)<br>Christina Breisacher (admitted *pro hac vice*)<br>Mark Premo-Hopkins (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: enicklin@kirkland.com<br>Email: gabor.balassa@kirkland.com<br>Email: christina.briesacher@kirkland.com<br>Email: mark.premohopkins@kirkland.com<br><br>Attorneys for Defendant<br>*PRICEWATERHOUSECOOPERS LLP* | Jahan C. Sagafi (Cal. Bar No. 224887)<br>OUTTEN & GOLDEN LLP<br>One Embarcadero Center, 38th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810<br>E-mail: jsagafi@outtengolden.com<br><br>*[Additional counsel listed on next page]*<br><br>*Attorneys for Plaintiff and Proposed Class and Collective Members* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEVE RABIN and JOHN CHAPMAN, *on behalf of themselves, and all others similarly situated*,<br><br>    Plaintiff,<br><br>    v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>    Defendant. | Case No. 3:16-cv-02276-JST<br><br>Hon. Jon S. Tigar<br><br>**JOINT STIPULATION & [PROPOSED] ORDER RE AGE PROXY AND COMPARATORS** |

| | |
|---|---|
| 1 | Adam T. Klein (admitted *pro hac vice*) |
| 2 | Daniel Stromberg (admitted *pro hac vice*) |
|   | Melissa L. Stewart (admitted *pro hac vice*) |
| 3 | OUTTEN & GOLDEN LLP |
|   | 685 Third Avenue, 25th Floor |
| 4 | New York, NY 10017 |
|   | Telephone: (212) 245-1000 |
| 5 | Facsimile: (646) 509-2060 |
|   | Email: atk@outtengolden.com |
| 6 | Email: dstromberg@outtengolden.com |
|   | Email: mstewart@outtengolden.com |

Daniel Kohrman (admitted *pro hac vice*)
Laurie McCann (admitted *pro hac vice*)
Dara Smith (admitted *pro hac vice*)
AARP FOUNDATION LITIGATION
601 E. Street, N.W.
Washington, D.C. 20049
Telephone: (202) 434-2060
Facsimile: (202) 434-2082
E-mail: dkohrman@aarp.org
E-mail: lmccann@aarp.org
E-mail: dsmith@aarp.org

Jennifer L. Liu (Cal. Bar No. 279370)
THE LIU LAW FIRM, P.C.
1390 Market Street, Suite 200
San Francisco, CA 94102
Telephone: (415) 896-4260
Facsimile: (415) 231-0011
E-mail: jliu@liulawpc.com

Plaintiffs Steve Rabin and John Chapman ("Plaintiffs") and Defendant PricewaterhouseCoopers LLP ("PwC") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, on April 19, 2017, the Court denied Plaintiffs' request for PwC's entire applicant database and ordered that, at this pre-conditional certification stage, the Parties should pursue an agreed-upon two-step process for Plaintiffs' selection of an age proxy and for PwC's production of information from certain data fields related to potential class members and their comparators. Dkt. No. 105 ("Discovery Order") at 3;

WHEREAS, the Parties are in discussions about an age proxy, including about the propriety and substance of Plaintiffs' request for additional information about PwC's applicant database, as well as the next question of what constitutes an appropriate "comparator" for purposes of providing data at this stage;

WHEREAS, if the Parties do not reach agreement on these issues, they will submit a joint letter brief on May 23, 2017, presenting their disagreement;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, the Parties' briefing on these issues shall adhere to the following schedule:

- May 10 and 12, 2017 -- Plaintiffs provided PwC with an update on Plaintiffs' position on the age proxy and comparator issues;
- May 16, 2017 -- PwC to provide Plaintiffs with any revision to its position on the age proxy and comparator issues;
- May 18, 2017 -- Plaintiffs to provide PwC with initial text for the joint letter brief to the Court, including legal argument and attachments;
- May 22, 2017 -- PwC to provide Plaintiffs with initial text for the joint letter brief to the Court, including legal argument and attachments; and
- May 26, 2017, by 3:00 p.m. PT -- the Parties to file the joint letter brief.

To the extent that the Parties' negotiations in the interim are productive, the Parties may inform the Court and request an extension of these dates.

Finally, given that there are two issues under consideration and given the substance of the issues, the Parties request that each side be allowed up to five pages, in total, for briefing them.

Dated: May 12, 2017

| /s/ Jahan C. Sagafi | /s/ Gabor Balassa |
|---|---|
| Jahan C. Sagafi (Cal. Bar No. 224887)<br>OUTTEN & GOLDEN LLP<br>One Embarcadero Center, 38th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810<br>Email: jsagafi@outtengolden.com | Emily Nicklin (*pro hac vice*)<br>Gabor Balassa (*pro hac vice*)<br>Christina Breisacher (*pro hac vice*)<br>Mark Premo-Hopkins (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: enicklin@kirkland.com<br>Email: gabor.balassa@kirkland.com<br>Email: christina.briesacher@kirkland.com<br>Email: mark.premohopkins@kirkland.com |
| Adam T. Klein (admitted *pro hac vice*)<br>Daniel Stromberg (admitted *pro hac vice*)<br>Melissa L. Stewart (admitted *pro hac vice*)<br>OUTTEN & GOLDEN LLP<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060<br>Email: atk@outtengolden.com<br>Email: dstromberg@outtengolden.com<br>Email: mstewart@outtengolden.com | Michael P. Esser (SBN 268634)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: michael.esser@kirkland.com<br><br>*Attorneys for Defendant*<br>*PRICEWATERHOUSECOOPERS LLP* |

Daniel Kohrman (admitted *pro hac vice*)
Laurie McCann (admitted *pro hac vice*)
Dara Smith (admitted *pro hac vice*)
AARP FOUNDATION LITIGATION
601 E. Street, N.W.
Washington, D.C. 20049
Telephone: (202) 434-2060
Facsimile: (202) 434-2082
E-mail: dkohrman@aarp.org
E-mail: lmccann@aarp.org
E-mail: dsmith@aarp.org

Jennifer L. Liu (Cal. Bar No. 279370)
THE LIU LAW FIRM, P.C.
1390 Market Street, Suite 200
San Francisco, CA 94102
Telephone: (415) 896-4260
Facsimile: (415) 231-0011
E-mail: jliu@liulawpc.com

*Attorneys for Plaintiff and Proposed Class and Collective Members*

**ORDER**

Pursuant to the Stipulation, it is so ORDERED.

Dated: May 16, 2017                By: _____
                                   The Honorable Jon S. Tigar
                                   UNITED STATES DISTRICT JUDGE