Jahan C. Sagafi (Cal. Bar No. 224887)
Cristina Schrum-Herrera (Cal. Bar No. 315319)
Laura I. Mattes (Cal. Bar No. 310594)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: cschrumherrera@outtengolden.com
E-mail: imattes@outtengolden.com

Adam T. Klein (admitted *pro hac vice*)
Melissa L. Stewart (admitted *pro hac vice*)
Daniel Stromberg (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: atk@outtengolden.com
E-mail: mstewart@outtengolden.com
E-mail: dstromberg@outtengolden.com

Daniel Kohrman (admitted *pro hac vice*)
Laurie McCann (admitted *pro hac vice*)
Dara Smith (admitted *pro hac vice*)
AARP FOUNDATION LITIGATION
601 E. Street, N.W.
Washington, D.C. 20049
Telephone: (202) 434-2060
Facsimile: (202) 434-2082
E-mail: dkohrman@aarp.org
E-mail: lmccann@aarp.org
E-mail: dsmith@aarp.org

Lucy B. Bansal (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
601 Massachusetts Avenue NW,
Second Floor West
Washington, D.C. 20001
Telephone: (202) 847-4400
Facsimile: (202) 847-4410
E-mail: lbansal@outtengolden.com

*Additional counsel on next page.*

*Attorneys for Plaintiffs and Proposed Class and Collective Members*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE RABIN and JOHN CHAPMAN, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>Defendant. | Case No. 16-cv-02276-JST<br><br>**JOINT STIPULATION & [PROPOSED] ORDER TO EXTEND DEADLINES SET FORTH IN ORDER RE SEALING PROCEDURE FOR CONDITIONAL CERTIFICATION BRIEFING (ECF NO. 185)** |

| | |
|---|---|
| 1 | Jennifer L. Liu (Cal. Bar No. 279370) |
| 2 | THE LIU LAW FIRM, P.C.<br>1170 Market Street, Suite 700 |
| 3 | San Francisco, CA 94102<br>Telephone: (415) 896-4260 |
| 4 | Facsimile: (415) 231-0011<br>E-mail: jliu@liulawpc.com |
| 5 | |
| 6 | *Continued from previous page.* |
| 7 | *Attorneys for Plaintiffs and Proposed Class and Collective Members* |
| 8 | Michael P. Esser (SBN 268634) |
| 9 | KIRKLAND & ELLIS LLP<br>555 California Street |
| 10 | San Francisco, CA 94104<br>Telephone: (415) 439-1400 |
| 11 | Facsimile: (415) 439-1500<br>Email: michael.esser@kirkland.com |
| 12 | |
| 13 | Emily Nicklin (admitted *pro hac vice*)<br>Gabor Balassa (admitted *pro hac vice*) |
| 14 | Christina Briesacher (admitted *pro hac vice*)<br>Mark Premo-Hopkins (admitted *pro hac vice*) |
| 15 | KIRKLAND &ELLIS LLP<br>300 N. LaSalle |
| 16 | Chicago, IL 60654<br>Telephone: (312) 862-2000 |
| 17 | Facsimile: (312) 862-2200<br>Email: enicklin@kirkland.com |
| 18 | Email: gabor.balassa@kirkland.com<br>Email: christina.briesacher@kirkland.com |
| 19 | Email: mark.premohopkins@kirkland.com |
| 20 | *Attorneys for Defendant*<br>PRICEWATERHOUSECOOPERS LLP |

Pursuant to Civil Local Rule 6-1(b), Plaintiffs Steve Rabin and John Chapman and Defendant PricewaterhouseCoopers LLP ("PwC") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, the Parties are meeting and conferring about which portions of Plaintiffs' Motion for Conditional Collective Action Certification and Issuance of Court-Authorized Notice Pursuant to 29 U.S.C. § 216(b) and the accompanying declarations and exhibits ("Conditional Certification Motion") will be designated as confidential, pursuant to the Order re Sealing Procedure for Conditional Certification Briefing, ECF No. 185 ¶ 2;

WHEREAS, due to the large number of documents subject to potential sealing in the Conditional Certification Motion, the progress of the Parties' discussions to date, and upcoming holiday and vacation schedules, the Parties believe that an enlargement of time is necessary for the meet and confer process and the related filings, in order to give the parties a greater opportunity to discuss the sealing issues, reach compromises if possible, and narrow the number of disputed issues that will be presented to the Court, pursuant to the procedure set forth in ECF No. 185 ¶¶ 2-4;

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate to the following:

1. By December 21, 2017, Plaintiffs will file the Conditional Certification Motion and any party seeking to seal portions of the Conditional Certification Motion will file an administrative motion, pursuant to the procedure set forth in ECF No. 185 ¶ 3.

2. By January 5, 2018, any party opposing any sealing will file a response, pursuant to the procedure set forth in ECF No. 185 ¶ 4.

3. The Court will address the administrative motion(s) at its convenience pursuant to ECF No. 185 ¶ 5.

1

JOINT STIPULATION & [PROPOSED] ORDER TO EXTEND DEADLINES SET FORTH IN ORDER RE SEALING PROCEDURE FOR CONDITIONAL CERTIFICATION BRIEFING (ECF No. 185)
NO. 16-CV-2276-JST

Dated: December 15, 2017

| | |
|---|---|
| By: /s/ *Melissa L. Stewart*<br>　　Melissa L. Stewart | /s/ *Christina Briesacher*<br>　　Christina Briesacher |

Adam T. Klein (admitted *pro hac vice*)
Melissa L. Stewart (admitted *pro hac vice*)
Daniel Stromberg (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: atk@outtengolden.com
E-mail: mstewart@outtengolden.com
E-mail: dstromberg@outtengolden.com

Jahan C. Sagafi (Cal. Bar No. 224887)
Cristina Schrum-Herrera (Cal. Bar No. 315319)
Laura I. Mattes (Cal. Bar No. 310594)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: cschrumherrera@outtengolden.com
E-mail: imattes@outtengolden.com

Lucy B. Bansal (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
601 Massachusetts Avenue NW,
Second Floor West
Washington, D.C. 20001
Telephone: (202) 847-4400
Facsimile: (202) 847-4410
E-mail: lbansal@outtengolden.com

Emily Nicklin (admitted *pro hac vice*)
Gabor Balassa (admitted *pro hac vice*)
Christina Briesacher (admitted *pro hac vice*)
Mark Premo-Hopkins (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: enicklin@kirkland.com
Email: gabor.balassa@kirkland.com
Email: christina.briesacher@kirkland.com
Email: mark.premohopkins@kirkland.com

Michael P. Esser (Cal. Bar No. 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: michael.esser@kirkland.com

*Attorneys for Defendant*
*PRICEWATERHOUSECOOPERS LLP*

2

JOINT STIPULATION & [PROPOSED] ORDER TO EXTEND
DEADLINES SET FORTH IN ORDER RE SEALING PROCEDURE
FOR CONDITIONAL CERTIFICATION BRIEFING (ECF No. 185)
NO. 16-CV-2276-JST

Daniel Kohrman (admitted *pro hac vice*)
Laurie McCann (admitted *pro hac vice*)
Dara Smith (admitted *pro hac vice*)
AARP FOUNDATION LITIGATION
601 E. Street, N.W.
Washington, D.C. 20049
Telephone: (202) 434-2060
Facsimile: (202) 434-2082
E-mail: dkohrman@aarp.org
E-mail: lmccann@aarp.org
E-mail: dsmith@aarp.org

Jennifer L. Liu (Cal. Bar No. 279370)
THE LIU LAW FIRM, P.C.
1170 Market Street, Suite 700
San Francisco, CA 94102
Telephone: (415) 896-4260
Facsimile: (415) 231-0011
E-mail: jliu@liulawpc.com

*Attorneys for Plaintiffs and Proposed Class and Collective Members*

3

JOINT STIPULATION & [PROPOSED] ORDER TO EXTEND
DEADLINES SET FORTH IN ORDER RE SEALING PROCEDURE
FOR CONDITIONAL CERTIFICATION BRIEFING (ECF No. 185)
NO. 16-CV-2276-JST

**ORDER**

Pursuant to the Stipulation, it is so ORDERED.

Dated: December 18, 2017.          By: /s/ Jon S. Tigar
                                   The Honorable Jon S. Tigar
                                   UNITED STATES DISTRICT JUDGE

4

JOINT STIPULATION & [PROPOSED] ORDER TO EXTEND
DEADLINES SET FORTH IN ORDER RE SEALING PROCEDURE
FOR CONDITIONAL CERTIFICATION BRIEFING (ECF No. 185)
NO. 16-CV-2276-JST