Jahan C. Sagafi (Cal. Bar No. 224887)
Cristina Schrum-Herrera (Cal. Bar No. 315319)
Laura I. Mattes (Cal. Bar No. 310594)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: cschrumherrera@outtengolden.com
E-mail: imattes@outtengolden.com

Adam T. Klein (admitted *pro hac vice*)
Melissa L. Stewart (admitted *pro hac vice*)
Daniel Stromberg (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: atk@outtengolden.com
E-mail: mstewart@outtengolden.com
E-mail: dstromberg@outtengolden.com

Daniel Kohrman (admitted *pro hac vice*)
Laurie McCann (admitted *pro hac vice*)
Dara Smith (admitted *pro hac vice*)
AARP FOUNDATION LITIGATION
601 E. Street, N.W.
Washington, D.C. 20049
Telephone: (202) 434-2060
Facsimile: (202) 434-2082
E-mail: dkohrman@aarp.org
E-mail: lmccann@aarp.org
E-mail: dsmith@aarp.org

Lucy B. Bansal (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
601 Massachusetts Avenue NW,
Second Floor West
Washington, D.C. 20001
Telephone: (202) 847-4400
Facsimile: (202) 847-4410
E-mail: lbansal@outtengolden.com

*Additional counsel on next page.*

*Attorneys for Plaintiffs and Proposed Class and Collective Members*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE RABIN and JOHN CHAPMAN, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>Defendant. | Case No. 16-cv-02276-JST<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN MATERIALS RELATED TO PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION AND ISSUANCE OF COURT-AUTHORIZED NOTICE PURSUANT TO 29 U.S.C. § 216(b)**<br><br>Date: March 1, 2018<br>Time: 2:00 p.m.<br>Courtroom: 9, 19th Floor<br>Judge: The Honorable Jon S. Tigar |

1  Jennifer L. Liu (Cal. Bar No. 279370)
   THE LIU LAW FIRM, P.C.
2  1170 Market Street, Suite 700
   San Francisco, CA 94102
3  Telephone: (415) 896-4260
4  Facsimile: (415) 231-0011
   E-mail: jliu@liulawpc.com

1  **<u>NOTICE OF MOTION AND MOTION</u>**

2  Pursuant to the Northern District of California Civil Local Rules 79-5(d) and 7-11,
3  Plaintiffs respectfully submit this Administrative Motion for Leave to File Under Seal Certain
4  Materials Related to Plaintiffs' Motion for Conditional Collective Action Certification and
5  Issuance of Court-Authorized Notice Pursuant to 29 U.S.C §216(b) ("Sealing Motion").  This
6  Sealing Motion is supported by the authorities cited herein and the Declaration of Melissa L.
7  Stewart in Support of Plaintiffs' Administrative Motion for Leave to File Under Seal Materials
8  Related to Plaintiffs' Motion for Conditional Collective Certification and Issuance of Court-
9  Authorized Notice Pursuant to 29 U.S.C. § 216(b) ("Stewart Decl.").

10  The Ninth Circuit recognizes "the general history of access and the public policies
11  favoring disclosure, such as the public interest in understanding the judicial process." *Kamakana*
12  *v. City and County of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (internal quotations and
13  citations omitted).  "'It is clear that the courts of this country recognize general right to inspect
14  and copy public records and documents, including judicial records and documents.'" *Ctr. for*
15  *Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016) (quoting *Nixon v.*
16  *Warner Communs., Inc.*, 435 U.S. 589, 597(1978)).  "[A] strong presumption in favor of access"
17  is the starting point.  *Id.* (internal quotations omitted).  Accordingly, "a court may seal records
18  only when it finds a compelling reason" that is supported by specific facts.  *Id.* at 1096-97
19  (internal modifications and quotations omitted).[1]  In deciding whether to seal, a court must
20  "conscientiously balance[] the competing interests" of the public and the [moving] party."
21  *Kamakana*, 447 F.3d at 1179.  If the court finds that sealing of certain judicial records is
22  appropriate, it must "base its decision on a compelling reason and articulate the factual basis for
23  its ruling, without relying on hypothesis or conjecture." *Id.* (internal quotations and citations
24  omitted).

25  Here, Plaintiffs seek to redact two limited categories of information.  First, Plaintiffs seek
26  to protect contact information for collective and potential collective member, including email

---

28  [1] For sealed materials attached to a discovery motion unrelated to the merits of the case, a party need only to meet the "good cause" standard.  *Ctr. for Auto Safety*, 809 F.3d at 1097.

MOTION TO SEAL
CASE NO. 16-CV-02276-JST

addresses, phone numbers, and mailing addresses, contained in the resume attachments to the declarations they submitted in support of Plaintiffs' Plaintiffs' Motion for Conditional Collective Certification and Issuance of Court-Authorized Notice Pursuant to 29 U.S.C. § 216(b) ("Conditional Certification Motion").  *See* Conditional Certification Motion, Exhibits 121-123, 125-127, 129-135, 137, 139-142, 144-149;[2] Stewart Decl. ¶¶ 5-28.

Second, Plaintiffs seek to redact contact information for the Named Plaintiffs contained in email correspondence with PwC employees.[3]  *See* Conditional Certification Motion, Exhibits 66, 67, 78; Stewart Decl. ¶¶ 2-4.

Plaintiffs respectfully submit that public disclosure of this personal contact information would compromise the privacy of the individuals and there is no countervailing public interest in the information.  Stewart Decl. ¶¶ 2-28.  PwC does not oppose Plaintiffs' sealing requests.  *Id*.

Per Civil Local Rule 79-5(d)(1)(C), Plaintiffs have attached redacted and unredacted copies of these exhibits to the Stewart Declaration, as Exhibits A1-AA2.

Dated: December 21, 2017

Respectfully submitted,

By: /s/ *Melissa L. Stewart*
     Melissa L. Stewart

Jahan C. Sagafi (Cal. Bar No. 224887)
Cristina Schrum-Herrera (Cal. Bar No. 315319)
Laura I. Mattes (Cal. Bar No. 310594)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: cschrumherrera@outtengolden.com

---

[2] After Plaintiffs submitted the Conditional Certification Motion to the Court via email and hand delivery (pursuant to the procedure set forth in ECF No. 185), Plaintiffs realized that they had inadvertently included documents containing communications protected by the Attorney Client privilege (in addition to collective member contact information) on the final pages of Exhibit 121, Exhibit 139, and Exhibit 144.  This information should not have been filed at all.  The Court has already granted Plaintiffs' motion to remove similar pages from the docket in another instance.  *See* ECF No. 195 (Order dated Dec. 18, 2017).  To avoid burdening the Court with additional motion practice to correct this error, Plaintiffs have excluded those pages from today's electronic filing.  Defendant consents to this change.

[3] Pursuant to Defendant's request, Plaintiffs have also redacted PwC employee contact information contained in these exhibits.  Plaintiffs do not oppose these redactions.

E-mail: imattes@outtengolden.com

Adam T. Klein (admitted *pro hac vice*)
Melissa L. Stewart (admitted *pro hac vice*)
Daniel Stromberg (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: atk@outtengolden.com
E-mail: mstewart@outtengolden.com
E-mail: dstromberg@outtengolden.com

Lucy B. Bansal (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
601 Massachusetts Avenue NW, 2d Floor West
Washington, D.C. 20001
Telephone: (202) 847-4400
Facsimile: (202) 847-4410
E-mail: lbansal@outtengolden.com

Daniel Kohrman (admitted *pro hac vice*)
Laurie McCann (admitted *pro hac vice*)
Dara Smith (admitted *pro hac vice*)
AARP FOUNDATION LITIGATION
601 E. Street, N.W.
Washington, D.C. 20049
Telephone: (202) 434-2060
Facsimile: (202) 434-2082
E-mail: dkohrman@aarp.org
E-mail: lmccann@aarp.org
E-mail: dsmith@aarp.org

Jennifer L. Liu (Cal. Bar No. 279370)
THE LIU LAW FIRM, P.C.
1170 Market Street, Suite 700
San Francisco, CA 94102
Telephone: (415) 896-4260
Facsimile: (415) 231-0011
E-mail: jliu@liulawpc.com

*Counsel for Plaintiffs and Proposed Class and Collective Members*