UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  February 27, 2018                                             Judge:  Jon S. Tigar

Time:  1 hour, 45 minutes

Case No.        **3:16-cv-02276-JST**
Case Name       **Steve Rabin, et al. v. PricewaterhouseCoopers LLP**

| | |
|---|---|
| Attorneys for Plaintiffs: | Melissa L. Stewart<br>Jahan C. Sagafi<br>Cristina Schrum-Herrera |
| Attorneys for Defendant: | Emily Nicklin<br>Gabor Balassa<br>Christina L. Briesacher<br>Mark W. Premo-Hopkins (appearing by telephone) |

Deputy Clerk:  William Noble                          Court Reporter: Katherine Sullivan

### PROCEEDINGS

- Further Case Management Conference
- Plaintiffs' Motion for Conditional Collective Action Certification and Issuance of Court-Authorized Notice Pursuant to 29 U.S.C. § 216(b) (Dkt. No. 198)

### RESULT OF HEARING

1. Motion hearing held.  The motion is under submission.

2. The Court will determine the pleadings deadline after issuing a ruling on the pending motion.