UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: December 20, 2018      Judge: Jon S. Tigar

Time: 1 hour, 20 minutes

Case No.    **3:16-cv-02276-JST**
Case Name    **Steve Rabin, et al. v. PricewaterhouseCoopers LLP**

Attorneys for Plaintiffs:     Melissa L. Stewart
                               Jahan C. Sagafi
                               Laura Iris Mattes

Attorneys for Defendant:     Emily Nicklin
                               Gabor Balassa
                               Christina L. Briesacher

Deputy Clerk: William Noble                      Court Reporter: Ana Dub

## PROCEEDINGS

Plaintiffs' Renewed Motion for Conditional Collective Action Certification Action and Issuance of Court-Authorized Notice Pursuant to 29 U.S.C. § 216(b) (Dkt. No. 241)

## RESULT OF HEARING

1. Motion hearing held. After hearing argument from the parties, the Court took the motion under submission.