Jahan C. Sagafi (Cal. Bar No. 224887)
Laura Iris Mattes (Cal. Bar No. 310594)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: imattes@outtengolden.com

Daniel Kohrman (admitted pro hac vice)
Laurie McCann (admitted pro hac vice)
Dara Smith (admitted pro hac vice)
AARP FOUNDATION LITIGATION
601 E. Street, N.W.
Washington, D.C. 20049
Telephone: (202) 434-2060
Facsimile: (202) 434-2082
E-mail: dkohrman@aarp.org
E-mail: lmccann@aarp.org
E-mail: dsmith@aarp.org

*Attorneys for Plaintiffs and Proposed Class and Collective Members*

*Additional counsel listed on the next page*

Michael P. Esser (Cal. Bar No. 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
E-mail: michael.esser@kirkland.com

Emily Nicklin (admitted *pro hac vice*)
Gabor Balassa (admitted *pro hac vice*)
Christina Briesacher (admitted *pro hac vice*)
Mark Premo-Hopkins (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
E-mail: emily.nicklin@kirkland.com
E-mail: gabor.balassa@kirkland.com
E-mail: christina.briesacher@kirkland.com
E-mail: mark.premohopkins@kirkland.com

*Attorneys for Defendant PricewaterhouseCoopers LLP*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE RABIN and JOHN CHAPMAN, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>Defendant. | Case No. 16-cv-02276-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXHIBIT 78 SEALING** |

Adam T. Klein (admitted *pro hac vice*)
Melissa L. Stewart (admitted *pro hac vice*)
Daniel Stromberg (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: atk@outtengolden.com
E-mail: mstewart@outtengolden.com
E-mail: dstromberg@outtengolden.com

Lucy Brierly Bansal (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
601 Massachusetts Avenue NW
Second Floor West
Washington, D.C. 20001
Telephone: (202) 847-4400
Facsimile: (202) 847-4410
E-mail: lbansal@outtengolden.com

Jennifer L. Liu (Cal. Bar No. 279370)
THE LIU LAW FIRM, P.C.
1390 Market Street, Suite 200
San Francisco, CA 94102
Telephone: (415) 896-4260
Facsimile: (415) 231-0011
E-mail: jliu@liulawpc.com

Plaintiffs Steve Rabin and John Chapman and Defendant PricewaterhouseCoopers LLP ("PwC") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, the Court has granted certain requests by the parties to seal contact information for Plaintiffs and potential collective action members in various exhibits, ECF No. 269 at 3:13, as part of the briefing on Plaintiffs' Renewed Motion for Conditional Certification, ECF No. 241;

WHEREAS, Plaintiffs did not alert the Court that Exhibit 78, previously filed under seal at ECF No. 245-42, includes Plaintiff Chapman's contact information;

WHEREAS, public disclosure of this personal contact information could compromise his privacy and there is no countervailing public interest in the information;

WHEREAS, redacting this information is consistent with the Court's reasoning and rulings in its sealing order, ECF No. 269;

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate to the following:

Plaintiff Chapman's contact information contained in Exhibit 78 will remain redacted.

Respectfully submitted,

Dated: April 4, 2019

By: /s/ *Jahan C. Sagafi*
    Jahan C. Sagafi

Jahan C. Sagafi (Cal. Bar No. 224887)
Laura Iris Mattes (Cal. Bar No. 310594)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: imattes@outtengolden.com

Adam T. Klein (admitted *pro hac vice*)
Melissa L. Stewart (admitted *pro hac vice*)
Daniel Stromberg (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: atk@outtengolden.com
E-mail: mstewart@outtengolden.com
E-mail: dstromberg@outtengolden.com

Lucy Brierly Bansal (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
601 Massachusetts Ave. NW
Second Floor West
Washington, DC 20001
Telephone: (202) 847-4400
Facsimile: (646) 952-9114
E-mail: lbansal@outtengolden.com

Daniel Kohrman (admitted *pro hac vice*)
Laurie McCann (admitted *pro hac vice*)
Dara Smith (admitted *pro hac vice*)
AARP FOUNDATION LITIGATION
601 E. Street, N.W.
Washington, D.C. 20049
Telephone: (202) 434-2060
Facsimile: (202) 434-2082
E-mail: dkohrman@aarp.org
E-mail: lmccann@aarp.org
E-mail: dsmith@aarp.org

Jennifer L. Liu (Cal. Bar No. 279370)
THE LIU LAW FIRM, P.C.
1170 Market Street, Suite 700
San Francisco, CA 94102
Telephone: (415) 896-4260
Facsimile: (415) 231-0011
E-mail: jliu@liulawpc.com

*Attorneys for Plaintiffs and Proposed Class and Collective Members*

Dated: April 4, 2019

By: */s/ Christina Briesacher*
Christina Briesacher

Emily Nicklin (*pro hac vice*)
Gabor Balassa (*pro hac vice*)
Christina Briesacher (*pro hac vice*)
Mark Premo-Hopkins (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
E-mail: christina.briesacher@kirkland.com
E-mail: gabor.balassa@kirkland.com
E-mail: christina.briesacher@kirkland.com
E-mail: mark.premohopkins@kirkland.com

Michael P. Esser (Cal. Bar No. 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
E-mail: michael.esser@kirkland.com

*Attorneys for Defendant
PricewaterhouseCoopers LLP*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Date:   April 8, 2019

_____
Honorable Jon S. Tigar
United States District Judge

- 4 -

STIPULATION AND ~~PROPOSED~~ ORDER
RE: EX. 78 SEALING
CASE NO. 16-CV-02276-JST