| | |
|---|---|
| Jahan C. Sagafi (Cal. Bar No. 224887)<br>Laura Iris Mattes (Cal. Bar No. 310594)<br>OUTTEN & GOLDEN LLP<br>One California St, 12th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810<br>E-mail: jsagafi@outtengolden.com<br>E-mail: imattes@outtengolden.com<br><br>Adam T. Klein (admitted *pro hac vice*)<br>Melissa L. Stewart (admitted *pro hac vice*)<br>OUTTEN & GOLDEN LLP<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060<br>E-mail: atk@outtengolden.com<br>E-mail: mstewart@outtengolden.com<br><br>*Attorneys for Plaintiffs and Proposed Class and Collective Members*<br><br>*Additional counsel on next page* | Michael P. Esser (SBN 268634)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: michael.esser@kirkland.com<br><br>Emily Nicklin (admitted *pro hac vice*)<br>Gabor Balassa (admitted *pro hac vice*)<br>Christina Briesacher (admitted *pro hac vice*)<br>Mark Premo-Hopkins (admitted *pro hac vice*)<br>KIRKLAND &ELLIS LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: enicklin@kirkland.com<br>Email: gabor.balassa@kirkland.com<br>Email: christina.briesacher@kirkland.com<br>Email: mark.premohopkins@kirkland.com<br><br>*Attorneys for Defendant*<br>*PRICEWATERHOUSECOOPERS LLP* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE RABIN and JOHN CHAPMAN, on behalf of themselves, and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>    Defendant. | Case No. 16-cv-02276-JST<br><br>**JOINT STIPULATION & [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE 216(B) NOTICE PROPOSAL** |

| | |
|---|---|
| 1 | Jennifer L. Liu (Cal. Bar No. 279370) |
| 2 | THE LIU LAW FIRM, P.C.<br>1170 Market Street, Suite 700 |
| 3 | San Francisco, CA 94102<br>Telephone: (415) 896-4260 |
| 4 | Facsimile: (415) 231-0011<br>E-mail: jliu@liulawpc.com |
| 5 | |
| 6 | Daniel Kohrman (admitted *pro hac vice*)<br>Laurie McCann (admitted *pro hac vice*) |
| 7 | Dara Smith (admitted *pro hac vice*)<br>AARP FOUNDATION LITIGATION |
| 8 | 601 E. Street, N.W.<br>Washington, D.C. 20049 |
| 9 | Telephone: (202) 434-2060 |
| 10 | Facsimile: (202) 434-2082<br>E-mail: dkohrman@aarp.org |
| 11 | E-mail: lmccann@aarp.org<br>E-mail: dsmith@aarp.org |
| 12 | |
| 13 | Daniel Stromberg (admitted *pro hac vice*)<br>Lucy B. Bansal (admitted *pro hac vice*) |
| 14 | OUTTEN & GOLDEN LLP<br>601 Massachusetts Avenue NW, |
| 15 | Second Floor West<br>Washington, D.C. 20001 |
| 16 | Telephone: (202) 847-4400 |
| 17 | Facsimile: (202) 847-4410<br>E-mail: dstromberg@outtengolden.com |
| 18 | E-mail: lbansal@outtengolden.com |
| 19 | *Attorneys for Plaintiffs and Proposed Class and Collective Members* |

1   Pursuant to Civil Local Rule 6-1(b), Plaintiffs Steve Rabin and John Chapman and
2   Defendant PricewaterhouseCoopers LLP ("PwC") (collectively, the "Parties") hereby stipulate as
3   follows:

WHEREAS, in the Court's March 28, 2019 Order Granting Motion for Collective Certification, the Court ordered the Parties to submit "joint or competing proposals for disseminating notice to the approved collective" by April 25, ECF No. 274 at 9:7, and within 45 days, ECF No. 274 at 9:16, i.e., May 3,

WHEREAS, the Parties have been actively meeting and conferring about the notice dissemination process and documents and are optimistic that they will be able to reach agreement on all or almost all issues if given a short extension of time;

NOW, THEREFORE, the Parties hereby stipulate to the following:

The Parties will submit joint or competing proposals by Friday, April 26, 2019.

Dated: April 25, 2019

| By: /s/ *Jahan C. Sagafi* | By: /s/ *Christina Briesacher* |
|---|---|
| Jahan C. Sagafi | Christina Briesacher |

Jahan C. Sagafi (Cal. Bar No. 224887)
Laura Iris Mattes (Cal. Bar No. 310594)
OUTTEN & GOLDEN LLP
One California St, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: imattes@outtengolden.com

Emily Nicklin (admitted *pro hac vice*)
Gabor Balassa (admitted *pro hac vice*)
Christina Briesacher (admitted *pro hac vice*)
Mark Premo-Hopkins (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: enicklin@kirkland.com
Email: gabor.balassa@kirkland.com
Email: christina.briesacher@kirkland.com
Email: mark.premohopkins@kirkland.com

| | |
|---|---|
| Adam T. Klein (admitted *pro hac vice*)<br>Melissa L. Stewart (admitted *pro hac vice*)<br>OUTTEN & GOLDEN LLP<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060<br>E-mail: atk@outtengolden.com<br>E-mail: mstewart@outtengolden.com | Michael P. Esser (Cal. Bar No. 268634)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: michael.esser@kirkland.com<br><br>*Attorneys for Defendant*<br>*PRICEWATERHOUSECOOPERS LLP* |

Daniel Stromberg (admitted *pro hac vice*)
Lucy B. Bansal (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
601 Massachusetts Avenue NW,
Second Floor West
Washington, D.C. 20001
Telephone: (202) 847-4400
Facsimile: (202) 847-4410
E-mail: dstromberg@outtengolden.com
E-mail: lbansal@outtengolden.com

Daniel Kohrman (admitted *pro hac vice*)
Laurie McCann (admitted *pro hac vice*)
Dara Smith (admitted *pro hac vice*)
AARP FOUNDATION LITIGATION
601 E. Street, N.W.
Washington, D.C. 20049
Telephone: (202) 434-2060
Facsimile: (202) 434-2082
E-mail: dkohrman@aarp.org
E-mail: lmccann@aarp.org
E-mail: dsmith@aarp.org

Jennifer L. Liu (Cal. Bar No. 279370)
THE LIU LAW FIRM, P.C.
1170 Market Street, Suite 700
San Francisco, CA 94102
Telephone: (415) 896-4260
Facsimile: (415) 231-0011
E-mail: jliu@liulawpc.com

*Attorneys for Plaintiffs and Proposed*
*Class and Collective Members*

**ORDER**

Pursuant to the Stipulation, it is so ORDERED.

Dated: April 26, 2019.                    By: _____
                                          The Honorable Jon S. Tigar
                                          UNITED STATES DISTRICT JUDGE