# Exhibit A

DocuSign Envelope ID: 324BD7F0-632F-48FD-8015-ZC215D0B9B2F

## Consent To Join Form

By my signature below, I choose to opt into and join the collective action lawsuit titled *Rabin v. PricewaterhouseCoopers LLP*, Case No. 3:16-cv-02276 (N.D. Cal.), which alleges claims under the federal Age Discrimination in Employment Act of 1967 ("ADEA").

I designate Outten & Golden LLP, AARP Foundation Litigation, and The Liu Law Firm, P.C. ("Plaintiffs' Counsel") to represent me for all purposes in this action. I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiffs' Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court to award them attorneys' fees and costs from any settlement or judgment.

I affirm that the following statement is true and correct to the best of my knowledge:

I applied for a full-time Associate, Experienced Associate, and/or Senior Associate position in PwC's Tax or Assurance lines of service between October 18, 2013 and March 28, 2019, met the minimum qualifications for the position to which I applied, was age 40 or older at the time of application, and was not hired by March 28, 2019.

Print Name: Ellen Stutz

Signature: *Ellen Stutz* (DocuSigned by: 7CA8EB40006C4CD...)

Date: 6/16/2019

## Consent To Join Form

By my signature below, I choose to opt into and join the collective action lawsuit titled *Rabin v. PricewaterhouseCoopers LLP*, Case No. 3:16-cv-02276 (N.D. Cal.), which alleges claims under the federal Age Discrimination in Employment Act of 1967 ("ADEA").

I designate Outten & Golden LLP, AARP Foundation Litigation, and The Liu Law Firm, P.C. ("Plaintiffs' Counsel") to represent me for all purposes in this action. I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiffs' Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court to award them attorneys' fees and costs from any settlement or judgment.

I affirm that the following statement is true and correct to the best of my knowledge:

I applied for a full-time Associate, Experienced Associate, and/or Senior Associate position in PwC's Tax or Assurance lines of service between October 18, 2013 and March 28, 2019, met the minimum qualifications for the position to which I applied, was age 40 or older at the time of application, and was not hired by March 28, 2019.

Print Name: Daniela Wells

Signature: *[DocuSigned by: 4EB13D8B1D26497...]*

Date: 6/14/2019