UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE RABIN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>　　　　　Defendant. | Case No. 16-cv-02276-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 312 |

Before the Court is Plaintiffs' motion for preliminary settlement approval. ECF No. 312. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for April 15, 2020, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: March 17, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge