UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE RABIN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>　　　　　Defendant. | Case No. 16-cv-02276-JST<br><br>**ORDER REGARDING PARTY COMMUNICATION**<br><br>Re: ECF No. 342 |

The Court has received a letter from Daniel Knudsen regarding the settlement in this case. ECF No. 342. Plaintiffs' Counsel are directed to communicate directly with Mr. Knudsen regarding the matters set forth in his letter.

**IT IS SO ORDERED.**

Dated: April 8, 2021



JON S. TIGAR
United States District Judge