Jahan C. Sagafi (Cal. Bar No. 224887)
Laura I. Mattes (Cal. Bar No. 310594)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: imattes@outtengolden.com

Adam T. Klein (admitted *pro hac vice*)
Melissa L. Stewart (admitted *pro hac vice*)
Daniel Stromberg (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: atk@outtengolden.com
E-mail: mstewart@outtengolden.com
E-mail: dstromberg@outtengolden.com

Daniel Kohrman (admitted *pro hac vice*)
Laurie McCann (admitted *pro hac vice*)
Dara Smith (admitted *pro hac vice*)
AARP FOUNDATION LITIGATION
601 E. Street, N.W.
Washington, D.C. 20049
Telephone: (202) 434-2060
Facsimile: (202) 434-2082
E-mail: dkohrman@aarp.org
E-mail: lmccann@aarp.org
E-mail: dsmith@aarp.org

*Additional counsel on next page.*

*Attorneys for Plaintiffs and Class and Collective Members*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

STEVE RABIN and JOHN CHAPMAN, on behalf of themselves, and all others similarly situated,

Plaintiffs,

v.

PRICEWATERHOUSECOOPERS LLP,

Defendant.

Case No. 16-cv-02276-JST

**JOINT STIPULATION REGARDING CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

Jennifer L. Liu (Cal. Bar No. 279370)
THE LIU LAW FIRM, P.C.
1170 Market Street, Suite 700
San Francisco, CA 94102
Telephone: (415) 896-4260
Facsimile: (415) 231-0011
E-mail: jliu@liulawpc.com

*Continued from previous page.*

*Attorneys for Plaintiffs and Proposed Class and Collective Members*

Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: michael.esser@kirkland.com

Emily Nicklin (admitted *pro hac vice*)
Gabor Balassa (admitted *pro hac vice*)
Mark Premo-Hopkins (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: enicklin@kirkland.com
Email: gabor.balassa@kirkland.com
Email: mark.premohopkins@kirkland.com

*Attorneys for Defendant*
*PRICEWATERHOUSECOOPERS LLP*

Plaintiffs Steve Rabin and John Chapman ("Plaintiffs") and Defendant PricewaterhouseCoopers LLP ("PwC") hereby stipulate as follows:

WHEREAS, on April 27, 2021, the Court set a Case Management Conference for June 21, 2021 at 2:00 p.m. and ordered that the parties submit a Case Management Statement on June 17, 2021 (ECF No. 355), to update the Court regarding implementation of the Settlement;

WHEREAS, Plaintiffs' counsel have a conflict on June 21, but the parties are available for a Case Management Conference by video on or after 2:00 p.m. on June 15 or July 6, 12, or 13, 2021, or at the Court's convenience.

NOW, THEREFORE, the parties hereby stipulate to the following:

The Case Management Conference previously scheduled for June 21, 2021 at 2:00 p.m. shall be continued to a date and time that is convenient for the Court; and

The parties will submit a Case Management Statement on June 17, 2021 as originally scheduled, or seven days before the rescheduled Case Management Conference, whichever is earlier.

Dated: June 4, 2021

By: */s/ Jahan C. Sagafi*
Jahan C. Sagafi

Jahan C. Sagafi (Cal. Bar No. 224887)
Laura I. Mattes (Cal. Bar No. 310594)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: imattes@outtengolden.com

Adam T. Klein (admitted *pro hac vice*)
Melissa L. Stewart (admitted *pro hac vice*)

*/s/ Gabor Balassa*
Gabor Balassa

Emily Nicklin (admitted *pro hac vice*)
Gabor Balassa (admitted *pro hac vice*)
Mark Premo-Hopkins (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: enicklin@kirkland.com
Email: gabor.balassa@kirkland.com
Email: mark.premohopkins@kirkland.com

Daniel Stromberg (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: atk@outtengolden.com
E-mail: mstewart@outtengolden.com
E-mail: dstromberg@outtengolden.com

Daniel Kohrman (admitted *pro hac vice*)
Laurie McCann (admitted *pro hac vice*)
Dara Smith (admitted *pro hac vice*)
AARP FOUNDATION LITIGATION
601 E. Street, N.W.
Washington, D.C. 20049
Telephone: (202) 434-2060
Facsimile: (202) 434-2082
E-mail: dkohrman@aarp.org
E-mail: lmccann@aarp.org
E-mail: dsmith@aarp.org

Jennifer L. Liu (Cal. Bar No. 279370)
THE LIU LAW FIRM, P.C.
1170 Market Street, Suite 700
San Francisco, CA 94102
Telephone: (415) 896-4260
Facsimile: (415) 231-0011
E-mail: jliu@liulawpc.com

*Attorneys for Plaintiffs and Class and Collective Members*

Michael P. Esser (Cal. Bar No. 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: michael.esser@kirkland.com

*Attorneys for Defendant PRICEWATERHOUSECOOPERS LLP*

The Case Management Conference previously scheduled for June 21, 2021 at 2:00 p.m. is adjourned to ___________ at ___________ and shall be held [via Zoom video conference / in-person]. The parties shall submit a Case Management Statement by June 17, 2021, or seven (7) days before the Case Management Conference, whichever is earlier.

Date: June ___, 2021

___________________________________
JON S. TIGAR
UNITED STATES DISTRICT JUDGE