1  Jahan C. Sagafi (Cal. Bar No. 224887)
   Laura Iris Mattes (Cal. Bar No. 310594)
2  OUTTEN & GOLDEN LLP
   One California Street, 12th Floor
3  San Francisco, CA 94111
   Telephone: (415) 638-8800
4  Facsimile: (415) 638-8810
   E-mail: jsagafi@outtengolden.com
5  E-mail: imattes@outtengolden.com

   Daniel Kohrman (admitted *pro hac vice*)
   Laurie McCann (admitted *pro hac vice*)
   Dara Smith (admitted *pro hac vice*)
   AARP FOUNDATION LITIGATION
   601 E. Street, N.W.
   Washington, D.C. 20049
   Telephone: (202) 434-2060
   Facsimile: (202) 434-2082
   E-mail: dkohrman@aarp.org
   E-mail: lmccann@aarp.org
   E-mail: dsmith@aarp.org

8  Adam T. Klein (admitted *pro hac vice*)
   Melissa L. Stewart (admitted *pro hac vice*)
9  Daniel Stromberg (admitted *pro hac vice*)
   OUTTEN & GOLDEN LLP
10 685 Third Avenue, 25th Floor
   New York, NY 10017
11 Telephone: (212) 245-1000
   Facsimile: (646) 509-2060
12 E-mail: atk@outtengolden.com
   E-mail: mstewart@outtengolden.com
13 E-mail: dstromberg@outtengolden.com

*Additional counsel listed on the next page*

*Attorneys for Plaintiffs and Class and Collective Members*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEVE RABIN and JOHN CHAPMAN, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br>Defendant. | Case No. 16-cv-02276-JST<br><br>**JOINT STIPULATION REGARDING CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Hon. Judge Jon S. Tigar |

|  |  |
|---|---|
| 1 | Jennifer L. Liu (Cal. Bar No. 279370) |
| 2 | THE LIU LAW FIRM, P.C. |
|   | 1170 Market Street, Suite 700 |
| 3 | San Francisco, CA 94102 |
|   | Telephone: (415) 896-4260 |
| 4 | Facsimile: (415) 231-0011 |
| 5 | E-mail: jliu@liulawpc.com |

*Continued from previous page.*

*Attorneys for Plaintiffs and Proposed Class and Collective Members*

Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: michael.esser@kirkland.com

Emily Nicklin (admitted *pro hac vice*)
Gabor Balassa (admitted *pro hac vice*)
Mark Premo-Hopkins (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: enicklin@kirkland.com
Email: gabor.balassa@kirkland.com
Email: mark.premohopkins@kirkland.com

*Attorneys for Defendant*
*PRICEWATERHOUSECOOPERS LLP*

Plaintiffs Steve Rabin and John Chapman ("Plaintiffs") and Defendant PricewaterhouseCoopers LLP ("PwC") hereby stipulate as follows:

WHEREAS, on December 7, 2021, the Court set a Case Management Conference for March 15, 2022 at 2:00 p.m. and ordered that the parties submit a Case Management Statement on March 8, 2022 (ECF No. 367), to update the Court regarding implementation of the Settlement;

WHEREAS, Defendant's counsel have a conflict on March 15, 2022, and the parties have no updates of consequence to provide the Court;

WHEREAS, the parties propose that the dates for the Case Management Conference and the submission of a Case Management Statement be reset for September 2022.

NOW, THEREFORE, the parties hereby stipulate to the following:

The Case Management Conference previously scheduled for March 15, 2022 at 2:00 p.m. shall be continued to a date and time that is convenient for the Court; and

The parties will submit a Case Management Statement seven days before the rescheduled Case Management Conference.

DATED: March 7, 2022

By: /s/ Jahan C. Sagafi
Jahan C. Sagafi

Jahan C. Sagafi (Cal. Bar No. 224887)
Laura I. Mattes (Cal. Bar No. 310594)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: imattes@outtengolden.com

Daniel Stromberg (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: atk@outtengolden.com
E-mail: mstewart@outtengolden.com
E-mail: dstromberg@outtengolden.com

By: /s/ Gabor Balassa
Gabor Balassa

Emily Nicklin (admitted pro hac vice)
Gabor Balassa (admitted pro hac vice)
Mark Premo-Hopkins (admitted pro hac vice)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: enicklin@kirkland.com
Email: gabor.balassa@kirkland.com
Email: mark.premohopkins@kirkland.com

Michael P. Esser (Cal. Bar No. 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
E-mail: michael.esser@kirkland.com

*Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP*

| | |
|---|---|
| 1 | Daniel Kohrman (admitted *pro hac vice*) |
| 2 | Laurie McCann (admitted *pro hac vice*)<br>Dara Smith (admitted *pro hac vice*) |
| 3 | AARP FOUNDATION LITIGATION<br>601 East Street, N.W. |
| 4 | Washington, D.C. 20049<br>Telephone: (202) 434-2060 |
| 5 | Facsimile: (202) 434-2082<br>E-mail: dkohrman@aarp.org |
| 6 | E-mail: lmccann@aarp.org<br>E-mail: dsmith@aarp.org |
| 7 | Jennifer L. Liu (Cal. Bar No. 279370) |
| 8 | THE LIU LAW FIRM, P.C.<br>1170 Market Street, Suite 700 |
| 9 | San Francisco, CA 94102<br>Telephone: (415) 896-4260 |
| 10 | Facsimile: (415) 231-0011<br>E-mail: jliu@liulawpc.com |
| 11 | *Counsel for Plaintiffs and Proposed Class and Collective Members* |

1  The Case Management Conference previously scheduled for March 15, 2022 at 2:00 pm is
2  adjourned to _____ at _____ and shall be held [via Zoom video conference / in-person].
3  The parties shall submit a Case Management Statement by _____, or seven (7) days before the Case
4  Management Conference, whichever is earlier.
5  Date: March _____, 2022

                                        _____
                                        JON S. TIGAR
                                        UNITED STATES DISTRICT JUDGE